United States District Court
Southern District of Texas

**ENTERED**
April 02, 2019
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**: 18CV0848

**Style**: Joseph Soileau Jr., Individually and on behalf of other employees similarly situated v. Argos USA, LLC.

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Trang Tran | Plaintiff |
| Patricia Griffith/Patrick Ryan (by telephone) | Defendant |

**Date**: April 2, 2019
**Time**: 1:03 p.m. - 1:29 p.m.

**ERO**: Yes
**Interpreter**:

**At the hearing the Court made the following rulings**:

Status conference held.

Joint Motion for Settlement by Argos USA, LLC [Doc. # 41] is GRANTED in accordance with the record in open court. A written order to follow.

**SIGNED** at Houston, Texas this 2nd day of April, 2019.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE